IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ZACHARY WILLIS                                                                                          PLAINTIFF

v.                                          Case No. 6:20-cv-6061

CORPORAL MCGRATH                                                                              DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed January 14, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 31. Judge Bryant recommends that Defendant's Motion for Summary Judgment (ECF No. 18) be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendant's Motion for Summary Judgment (ECF No. 18) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of February, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge